IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CORONADO, et al., | CASE NO. **CV-F-03-5874 LJO** <br> New case number |
| Plaintiff, | **ORDER TO SIGN AND RETURN** |
| vs. | **MAGISTRATE JUDGE CONSENT FORM** |
| COUNTY OF MADERA, et al., | |
| Defendant. | |
| _____/ | |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. At the scheduling conference, plaintiff's counsel signed the Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"). Accordingly, this Court ORDERS defense counsel to obtain a consent form, which is available from this Court's web page at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS counsel, no later than June 24, 2005 to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

**The new case number shall be CV F 03-5874 LJO. All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:   June 2, 2005**          /s/ Lawrence J. O'Neill
b9ed48                               UNITED STATES MAGISTRATE JUDGE

1