IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CORONADO, et al., | CASE NO. CV-F-03-5874 LJO |
| Plaintiffs, | **NOTICE OF FATAL FLAW: LIMITED TIME TO CORRECT** |
| vs. | |
| COUNTY OF MADERA, et al., | |
| Defendants. | |

On February 3, 2006, Defendants County of Madera, Correctional Managed Care and defendant Debra Massetti, R.N. filed a motion for summary judgment. Upon review of the moving papers, the Court became aware that defendants did not file any supporting declarations or other evidence with their motion, although the papers referred to declarations and evidence. It appeared to be a filing mistake, and therefore, the Court contacted the defense counsel and later explained the problem to counsel's assistant. The error was blamed on unfamiliarity with the Court's e-filing system. The Court then provided the name and telephone number of the Court's CM/ECF Project Manager and instructed counsel to contact the Court's officer for instructions on how to file exhibits.

The documents still have not been electronically filed and do not show up on the docket. Rather, the Court received, in the mail, hard copies of the declarations and exhibits.

Local Rule 5-133 notifies counsel that documents are to be filed electronically. Local Rule 78-230 states, "The moving party shall file with the Clerk a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit

1 in support of the motion." The Court cannot hear the motion without the supporting evidence on file.

2 Accordingly, defendants will be given ten calendar days to electronically file all declarations and
3 evidence in support of their motion, in accordance with this Court's Local Rules, or the motion will be
4 denied.

5 This opportunity to correct the error in filing does not correct any potential deficiencies in notice
6 due to the error.

8 IT IS SO ORDERED.

9 **Dated:   February 13, 2006**              **/s/ Lawrence J. O'Neill**
   b9ed48                                        UNITED STATES MAGISTRATE JUDGE