IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CORONADO, et al., | CASE NO. CV-F-03-5874 LJO |
| Plaintiffs, | **ORDER VACATING HEARING** |
| vs. | |
| COUNTY OF MADERA, et al., | |
| Defendants. / | |

Pursuant to a notice filed on February 3, 2006, Defendants County of Madera, Correctional Managed Care and defendant Debra Massetti, R.N. move for summary judgment or in the alternative summary adjudication against plaintiffs Kathy Coronado, Ruben Coronado, individually and as Administrators of the Estate of Chad Coronado. No timely opposition or statement of non-opposition has been filed pursuant to Local Rule 78-230(c). Therefore, the hearing set for March 10, 2006 is vacated and the matter is hereby submitted on the pleadings. See Local Rule 78-230(c), (h).

IT IS SO ORDERED.

**Dated:   March 2, 2006**           /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1