**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KATHY CORONADO, et al.,                           CASE NO. CV-F-03-5874 LJO

              Plaintiff,        **ORDER FOR RESPONSE TO**
                            **_____*EX PARTE* APPLICATION**

    vs.

COUNTY OF MADERA, et al.,

              Defendant.
_____/

      The Court has received and reviewed plaintiffs' *ex parte* application to extend time to file an opposition to defendant County of Madera Correctional Managed Care's and defendant Debra Massetti's motion for summary judgment.   Plaintiff cites as the reasons for failure to timely file an opposition: the confusion as to the Court's department and date of hearing; the lack of proper filing by defendants and the lack of prejudice to defendant if the extension is granted.

      The Court directs defendants to respond to the *ex parte* application on the point of prejudice to defendants.  The response should be filed no later than March 9, 2006 and shall be limited to a maximum of 3-pages.  The matter will be submitted without further argument.  Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:    March 6, 2006**                 **_____/s/ Lawrence J. O'Neill_____**
b9ed48                                                      UNITED STATES MAGISTRATE JUDGE

1