IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CORONADO, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF MADERA, et al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-03-5874 LJO<br><br>**ORDER ON PLAINTIFF'S REQUEST RE RESPONSE TO SUMMARY JUDGMENT MOTION** |

The Court has received and reviewed plaintiffs' *ex parte* application to extend time to file an opposition to defendant County of Madera Correctional Managed Care's and defendant Debra Massetti's motion for summary judgment. The parties have filed further briefing on the issues. (Doc. 71-73.)

Having reviewed the parties' papers and the Court's file, the Court issues the following order. Based on good cause and upon defendants' stipulation, the hearing on defendants' motion for summary judgment is CONTINUED to April 7, 2006 at 8:30 a.m. in Department 8 (LJO) of this Court. Further briefing must be in compliance with time frames set forth in Local Rule 78-230.

IT IS SO ORDERED.

**Dated:　March 8, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1