Mark B. Connely, S.B. #125693
Julie C. Grebel, S.B. #200743
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone:     (805) 544-3830

Attorneys for Defendants, COUNTY OF MADERA
CORRECTIONAL MANAGED CARE MEDICAL
CORPORATION, and DEBBIE MASSETTI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CORONADO, RUBEN CORONADO, individually and as Administrators of the Estate of CHAD CORONADO,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF MADERA, CORRECTIONAL MANAGED CARE MEDICAL CORP., DEBBIE MASSETTI, and DOES 1 to 50,<br><br>   Defendants. | No. CV-F-03-5874 LJO<br><br>JUDGMENT |

This action was set for hearing before the court on April 7, 2006 and was ordered submitted on the pleadings before the Hon. Lawrence J. O'Neill, United States Magistrate Judge, on March 28, 2006 when the court issued the order denying plaintiff's second ex parte application for a continuance pursuant to Rule 56(f) on defendants Motion for Summary Judgment, or in the Alternative, Summary Adjudication.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered, in favor of defendants COUNTY OF     MADERA, CORRECTIONAL     MANAGED     CARE     MEDICAL CORPORATION and DEBBIE MASSETTI and against plaintiffs.

IT IS SO ORDERED.

Dated:    April 21, 2006              /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE