Mario L. Beltramo, Jr., # 053146-0  (SPACE BELOW FOR FILING STAMP ONLY)
Mart B. Oller IV, # 149186
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
JAMES WALTERS, M.D.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT

| | |
|---|---|
| KATHY CORONADO, RUBEN CORONADO, individually and as Adminstrators of the Estate of CHAD CORONADO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MADERA, CORRECTIONAL MANAGED CARE MEDICAL CORPORATION, DEBBIE MASSETTI, and DOES 1 through 50,,<br><br>Defendant. | Case No.  CIV-F-03-5874-REC LJO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiffs KATHY CORONADO and RUBEN CORONADO, individually and as Administrators of the Estate of CHAD CORONADO and Defendant JAMES E. WALTERS, M.D., through their respective counsel, that the Complaint shall be dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

DATED:       May 8, 2006                 /s/ Steven A. Geringer

                                          Steven A. Geringer
                                          Attorney for Plaintiffs KATHY
                                                    CORONADO and
RUBEN CORONADO

| | |
|---|---|
| the CORONADO | individually and as Administrators of Estate of CHAD |
| Dated: May 8, 2006 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | By: /s/ Mart B. Oller IV |
| | Mario L. Beltramo, Jr. |
| | Mart B. Oller IV |
| | Attorneys for Defendant |
| | JAMES WALTERS, M.D. |

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefore,

IT IS ORDERED that the Complaint of Plaintiffs KATHY CORONADO and RUBEN CORONADO, individually and as Administrators of the Estate of CHAD CORONADO is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.


**Dated:   May 9, 2006**              /s/ Lawrence J. O'Neill

66h44d                                  UNITED STATES MAGISTRATE JUDGE